**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

EVABANK
an Alabama banking corporation,

                Plaintiff,

-vs-                                        Case No.  2:11-cv-3-FtM-36SPC

BANKATLANTIC,  a federal savings bank,
FEDERAL DEPOSIT INSURANC E
CORPORATION, as receiver for SILVERTON
BANK, N.A., f/k/a/ THE BANKERS BANK, a
national bank, AMERIS BANK, a Georgia banking
corporation, RENASANT BANK, a  Mississippi
banking corporation, CITIZENS BANK & TRUST,
an Alabama banking corporation, FIRST PEOPLES
BANK, INC., a West Virginia banking corporation,
doing business as, FIRST PEOPLES BANK, THE
CLAXTON BANK, a Georgia banking corporation,
PRIMESOUTH BANK, a Georgia banking
corporation, BANK OF NORTH CAROLINA, a
North Carolina banking corporation.

                Defendant.
_____/

**ORDER**

      This matter comes before the Court on the Defendant, Bank Atlantic's Motion to Extend the Deadline to Complete Mediation (Doc. #52) filed on July 15, 2011.  The Plaintiff moves the Court to extend the deadline from the current scheduled deadline of July 20, 2011, up to August 25, 2011. The mediation is currently scheduled for July 20, 2011.  As grounds, the Defendant states that it cannot have someone with full settlement authority present at the mediation on July 20, 2011, but has obtained the services of the same mediator for August 25, 2011, and will have someone available with full settlement authority on that date.  The Plaintiff further states that lead counsel is not

available on July 20, 2011, but will be available on August 25, 2011, and further that the extra time will help make a settlement more likely since the Parties will have more time to consider all of the relevant issues. The Defendant also states that it is willing to bear any costs in cancelling the July 20, 2011 mediation date.

Pursuant to Local Rule 3.01(g), the Defendant contacted the Plaintiffs and Co-Defendants to confer regarding the requested relief. The Defendant's Co-Defendants did not respond to the Defendant's requested extension of time. The Counsel for EVA bank did not oppose the Motion, however, the remaining Plaintiffs did oppose the extension of time.

Given that all parties present at the mediation must have full settlement authority, the Court will allow the brief extension of time up to and including August 25, 2011. The Defendant BankAtlantic shall be responsible for any costs incurred in changing the mediation deadline.

Accordingly, it is now

**ORDERED:**

The Defendant, BankAtlantic's Motion to Extend the Deadline to Complete Mediation (Doc. #52) is **GRANTED**.

(1) The Mediation Deadline is hereby enlarged up to and including **August 25, 2011.**

(2) The Defendant BankAtlantic is responsible for all costs incurred in changing the mediation date.

**DONE AND ORDERED** at Fort Myers, Florida, this   19th   day of July, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record